IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVAN RICHARDSON,<br><br>              Plaintiff,<br>    v.<br>SOLICITOR MONTGOMERY COUNTY, PA, et al.,<br><br>              Defendants. | CIVIL ACTION NO. 21-1347 |

## ORDER

**AND NOW,** this 31st day of March 2022, upon consideration of the Norriton Defendants' Motion to Dismiss [Doc. No. 3], County Defendants Motion to Dismiss [Doc. No. 4], and the related briefing, and for the reasons set forth in the Memorandum Opinion to follow, it is hereby **ORDERED** that the Motions are **GRANTED in part** and **DENIED in part**, as follows:

1. The motion to dismiss Plaintiff's 42 U.S.C. § 1983 claims against Defendant Frame on the basis of absolute immunity is **DENIED.**

2. The motion to dismiss Plaintiff's state law claims against Defendant Frame on the basis of absolute immunity is **GRANTED**, and these claims are **DISMISSED with prejudice**.

3. The motion to dismiss Plaintiff's 42 U.S.C. § 1983 and state law claims against Defendant Naber on the basis of qualified immunity is **DENIED without prejudice**.

4. The motion to dismiss Plaintiff's 42 U.S.C. § 1983 abuse of process claim against Defendants Naber and Frame is **DENIED**.

5. The motions to dismiss Plaintiff's 42 U.S.C. § 1983 claims against Defendants West Norriton Township and Montgomery County due to failure to plead viable *Monell* claims are **GRANTED**. These claims are **DISMISSED without prejudice**.

6. The motions to dismiss Plaintiff's 42 U.S.C. §§ 1983 and 1985 conspiracy claims are **GRANTED** for failure to state plausible claims. These claims are **DISMISSED without prejudice**.

7. The motions to dismiss Plaintiff's battery, false imprisonment, and intentional infliction of emotional distress claims against Defendants West Norriton Township and Montgomery County are **GRANTED**. These claims are **DISMISSED with prejudice**.

8. The motion to dismiss Plaintiff's consortium claim against all Defendants is **GRANTED**. This claim is **DISMISSED with prejudice**.

9. To the extent that Defendants' motions incorporate motions to strike, these motions are **GRANTED subject to amendment.**

It is further **ORDERED** that Plaintiff is granted leave to file an amended complaint on or before **April 22, 2022**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**